**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Laurie Olsen Santillo, Individually, and on Behalf of All Other Similarly Situated, <br><br> Plaintiff(s), <br><br> vs. <br><br> Permian Resources Corp. f/k/a Centennial Resource Development, Inc.; et al. <br><br> Defendant(s). | Case # 2:24-CV-00279 <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

_____Daniel O. Herrera_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.     That Petitioner is an attorney at law and a member of the law firm of

Cafferty Clobes Meriwether & Sprengel LLP
_____
(firm name)

with offices at _____135 South LaSalle Street, Suite 3210_____,
(street address)

____Chicago____, ____Illinois____ ▾, ____60603____,
(city)            (state)              (zip code)

____312-782-4880____, ____dherrera@caffertyclobes.com____.
(area code + telephone number)      (Email address)

2.     That Petitioner has been retained personally or as a member of the law firm by

____Laurie Olsen Santillo____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____11/6/2008_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of Illinois ▼
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Illinois | 2/5/2009 | 6296731 |
| Eastern District of Michigan | 11/28/2018 | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

| None. |
| --- |
| |
| |

7.     That Petitioner is a member of good standing in the following Bar Associations.

| Illinois, Bar No. 6296731 |
| --- |
| |
| |

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| | | | |
| None. | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
     Petitioner's signature

     STATE OF _Illinois_ ▾  )
5
     COUNTY OF ___Cook___  )
6

7    _Daniel O. Herrera_, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____
     Petitioner's signature
10   Subscribed and sworn to before me this

11
     _22nd_ day of _February_ , _2024_ .
12

13   _____
         Notary Public or Clerk of Court
14

         ┌─────────────────────────────────┐
         │         OFFICIAL SEAL           │
         │       JULIE M. CHRISTIN         │
         │ Notary Public · State of Illinois │
         │ My Commission Expires Jan. 26, 2025 │
         └─────────────────────────────────┘

15

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
     THE BAR OF THIS COURT AND CONSENT THERETO.**

17
     Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
     believes it to be in the best interests of the client(s) to designate ___Robert F. Purdy, Esq.___ ,
19                                                                              (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action. The address and email address of
21
     said designated Nevada counsel is:
22

23   _____633 South 7th Street_____ ,
                              (street address)
24
     ___Las Vegas___ , ___Nevada___ ▾ , ___89101___ ,
25        (city)            (state)              (zip code)

26   ___702-382-2800___ , ___Robert.Purdy@andrewleavittlaw.com___ .
     (area code + telephone number)        (Email address)
27

28                                   4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Robert F. Purdy, Esq._____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Laurie Olsen Santillo
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

___/s/  Robert F. Purdy_____
Designated Resident Nevada Counsel's signature

___6097_____            Robert.Purdy@andrewleavittlaw.com
Bar number               Email address

APPROVED:

Dated: this __26__ day of __February__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Daniel Oswaldo Herrera

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2008 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of September, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois